```
 1 │ GEORGE S. CARDONA
   │ Acting United States Attorney
 2 │ THOMAS P. O'BRIEN
   │ Assistant United States Attorney
 3 │ Chief, Criminal Division
   │ ELLYN MARCUS LINDSAY (Cal. SBN: 116847)
 4 │ Assistant United States Attorney
   │ Major Frauds Section
 5 │         1100 United States Courthouse
   │         312 North Spring Street
 6 │         Los Angeles, California  90012
   │         Telephone: (213) 894-2041
 7 │         Facsimile: (213) 894-6269
   │         E-mail: ellyn.lindsay@usdoj.gov
 8 │
   │ Attorneys for Plaintiff
 9 │ United States of America
```

                    UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. CR 07-134 |
|---|---|
| Plaintiff, | ) |
| | ) <u>GOVERNMENT'S FILING OF</u> |
| | ) <u>AFFIDAVIT OF ELLYN MARCUS</u> |
| v. | ) <u>LINDSAY IN SUPPORT OF REQUEST</u> |
| | ) <u>FOR EXTRADITION OF WILLIAM</u> |
| SONNY VLEISIDES, et al., | ) <u>CLOUD AND ATTACHED EXHIBITS</u> |
| Defendant. | ) |

    Plaintiff, United States of America, by and through its counsel of record, hereby files the Affidavit of Ellyn

//

//

//

//

Marcus Lindsay in Support of Request for Extradition for William Cloud and attached exhibits.

DATED: 5/9/07

Respectfully submitted,

GEORGE S. CARDONA
Acting United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

ELLYN MARCUS LINDSAY
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA