# EXHIBIT C

## RELEVANT STATUTES

<u>Title 18, United States Code, Section 1341.  Frauds and swindles</u>

Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises . . . for the purpose of executing such scheme or artifice or attempting so to do, [uses the mails], shall be fined . . . or imprisoned not more than 20 years, or both.

<u>Title 18, United States Code, Section 1956.  Laundering of monetary instruments</u>

(a)(1) Whoever, knowing that the property involved in a financial transaction represents the proceeds of some form of unlawful activity, conducts or attempts to conduct such a financial transaction which in fact involves the proceeds of specified unlawful activity - -

(A)(i) with the intent to promote the carrying on of specified unlawful activity . . .

\* \* \*

shall be sentenced to a fine of not more than $500,000 or twice the value of the property involved in the transaction, whichever is greater, or imprisonment for not more than twenty years, or both. . . .

<u>Title 18, United States Code, Section 2.  Principals</u>

(a) Whoever commits an offense against the United States or aids, abets, counsels, commands, induces or procures its commission, is punishable as a principal.

(b) Whoever willfully causes an act to be done which if directly performed by him or another would be an offense against the United States, is punishable as a principal.